ROBERT J TOMECK
KELLY L TOMECK
221 THOUSAND ACRE ROAD
DELANSON, NY  12053

**UST Form 101-13-FR-S (09/01/2009)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK
## ALBANY DIVISION

| | |
|---|---|
| In re:<br>    ROBERT J TOMECK<br>    KELLY L TOMECK<br>            Debtor(s) | Case No. 11-13452 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Andrea E. Celli, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/01/2011.

2) The plan was confirmed on 11/08/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/13/2013.

5) The case was converted on 08/22/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $99,899.47.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,500.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,500.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,169.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $601.66 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,771.26** |

Attorney fees paid and disclosed by debtor:     $1,100.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA FINANCIAL SERVICES | Unsecured | 4,518.39 | NA | NA | 0.00 | 0.00 |
| AAA FINANCIAL SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CANDICA, LLC | Unsecured | 4,518.00 | 0.00 | 4,559.42 | 0.00 | 0.00 |
| CANDICA, LLC | Unsecured | 6,333.86 | 0.00 | 6,333.86 | 0.00 | 0.00 |
| CAPITAL ONE, NA | Secured | 1,000.00 | 0.00 | 1,000.00 | 366.48 | 76.13 |
| CITI BANK | Unsecured | 942.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTAGE INC | Unsecured | 53,864.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL LLP | Unsecured | 842.72 | 0.00 | 1,046.01 | 0.00 | 0.00 |
| DELL PREFERRED ACCOUNT | Unsecured | 942.72 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Unsecured | 24,010.00 | 0.00 | 22,170.85 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 5,556.64 | 0.00 | 5,602.45 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP. | Unsecured | 1,512.90 | 0.00 | 1,533.83 | 0.00 | 0.00 |
| GENERAL REVENUE CORP | Unsecured | 21,272.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD RETAIL SERVICE | Unsecured | 2,512.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA, NA | Secured | NA | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCING | Unsecured | 1,303.00 | NA | 1,207.58 | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCING | Secured | 11,600.00 | 0.00 | 11,600.00 | 3,361.78 | 924.35 |
| KEY BANK NAT'L ASSOC | Secured | 54,000.00 | NA | NA | 0.00 | 0.00 |
| NYS DEPT OF TAX & FIN | Priority | NA | NA | 1,432.43 | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Unsecured | 98,830.04 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,120.00 | 0.00 | 1,178.09 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,310.10 | 0.00 | 1,310.10 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 994.00 | 0.00 | 914.51 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | NA | 0.00 | 3,214.89 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,600.00 | $3,728.26 | $1,000.48 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,600.00** | **$3,728.26** | **$1,000.48** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,647.32 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,647.32** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,856.70** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,771.26 |
| Disbursements to Creditors | $4,728.74 |
| **TOTAL DISBURSEMENTS:** | **$7,500.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/23/2013    By: /s/ Andrea E. Celli

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.